DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIELA METZ,**
Appellant,

v.

**CITY OF FORT LAUDERDALE,**
Appellee.

No. 4D2022-2378

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case Nos. CACE18-17723 & CACE10-39694.

William R. Amlong, Karen Coolman Amlong, and Jennifer Daley of The Amlong Firm, Fort Lauderdale, for appellant.

Kenneth J. Miller, Debra P. Klauber, and Misti Z. Barnett of Haliczer, Pettis & Schwamm, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***